United States Court of Appeals
Fifth Circuit

**F I L E D**

February 24, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20157
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACKIE L. LEARED,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:01-CR-523-1
---------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, counsel for Jackie L. Leared, has moved for leave to withdraw from this appeal and has filed a brief and supplemental letter brief, as required by Anders v. California, 386 U.S. 738 (1967). Leared has not filed a response. Our independent review of the brief, supplemental letter brief, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.